UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 13-1247
_____

UNITED INDUSTRIAL, SERVICE, TRANSPORTATION,
PROFESSIONAL AND GOVERNMENT WORKERS
OF NORTH AMERICA SEAFARERS INTERNATIONAL
UNION, ON BEHALF OF ERNEST BASON,

Petitioner

v.

GOVERNMENT OF THE VIRGIN ISLANDS
_____

On Writ of Certiorari to the Supreme Court
of the Virgin Islands
(V.I. S. Ct. Civ. No.: 2011-0115)
_____

SUR PETITION FOR PANEL REHEARING
_____

BEFORE: FISHER, COWEN and NYGAARD, Circuit Judges

The Petition for Rehearing filed by Petitioner in the above-entitled case having

been submitted to the judges who participated in the decision of this Court, IT IS

HEREBY ORDERED that the Petition for Rehearing by the panel is granted. The

Opinion and Judgment filed on March 19, 2014, and amended on March 21, 2014, is

hereby VACATED.

BY THE COURT,


s/ Robert E. Cowen
Circuit Judge

Dated:  May 23, 2014